1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

DOUGLAS EDWARD GALLAGHER,

Plaintiff,

10

CASE NO. C07-0127-JCC

v.

11

BETTE PINE, *et al.*,

ORDER

12

Defendants.

13

14

15    The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation

16  of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record,

17  finds and Orders as follows:

18      (1)    The Court adopts the Report and Recommendation (Dkt. No. 24);

19      (2)    Defendants' motion for summary judgment (Dkt. No. 13) is GRANTED;

20      (3)    The matter is DISMISSED with prejudice;

21      (4)    The Clerk is directed to send a copy of this Order to Plaintiff, counsel for

22          defendants, and the Hon. Monica J. Benton.

23    DATED this 24th day of March, 2008.

24

25

26

_____

27    JOHN C. COUGHENOUR
     United States District Judge

28

ORDER
PAGE - 1